IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| LASHANDA FOWLER | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | Civil No. 4:14-cv-00039-SA-JMV |
| | § | |
| CAROLYN W. COLVIN, | § | |
| ACTING COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION | § | DEFENDANT |

## ORDER

Having Considered the Defendant's Unopposed Motion for Remand, IT IS HEREBY ORDERED that the motion is GRANTED, and this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, an ALJ will comply with this Court's January 18, 2011 Judgment and the Appeals Council's January 27, 2011 Remand Order, and properly consider the opinion evidence of record, including the opinions of Liz Rhea and Drs. Katrina Poe, James Adams, and Michael Whelan, in accordance with the relevant regulations and rulings. *See* 20 C.F.R. §§ 404.1527, 416.927; Social Security Ruling (SSR) 96-2p and SSR 06-03p. A final judgment consistent with this order will be entered.

SO ORDERED this 12th day of September, 2014.

Jane M. Virden
U. S. MAGISTRATE JUDGE