# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | | |
|---|---|---|
| LASHANDA FOWLER | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 4:14-cv-00039-SA-JMV |
| | § | |
| CAROLYN W. COLVIN, | § | |
| ACTING COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION | § | DEFENDANT |

## FINAL JUDGMENT

Consistent with the Order [19] granting the Commissioner's Motion to Remand this case to the Social Security Administration,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is REVERSED and REMANDED for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk shall forthwith forward a copy of this Final Judgment and a copy of the Order [19] granting the motion to remand to the Social Security Administration.

This 12th day of September, 2014.


                                                 Jane M. Virden
                                                 U. S. MAGISTRATE JUDGE